Rev. 4/18

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
## CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-11427

**Caption:**

Keith Edwards v. J. Grubbs, et al.

District and Division: Northern District of Georgia- Atlanta Division

Name of Judge: Hon. Steve Jones

Nature of Suit: 42 U.S.C. 1983

Date Complaint Filed: May 7, 2019

District Court Docket Number: 1:19-cv-02047-SCJ

Date Notice of Appeal Filed: April 27, 2023

☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?

☐ Yes ☑ No

If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Christopher P. Desmond | 535 Griswold Street, Suite 2600 Detroit, MI 48226 | 313-324-8300 (P)<br>313-324-8301(F)<br>cdesmond@venjohnsonlaw.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Harold Melton | 600 Peachtree Street, N.E, Suite 3000 Atlanta, GA 30308 | 404-885-3062(P)<br>harold.melton@troutman.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 100,000,000 plus costs, fees and interest |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | |
| ☐ US Plaintiff | | ☐ Summary Judgment | Amount Sought by Defendant: $ N/A |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $ 40,000,000 |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to Plaintiff |
| | | ☑ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |
| | ☐ Final Agency Action (Review) | ☐ Injunction | |
| | ☐ 54(b) | ☐ Other _____ | |

11th Circuit Docket Number:  23-11427

---

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☐Yes   ☑No
      What is the issue you claim is one of First Impression? _____

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name/Statute  Monell v Department of Soc. Svcs (and its progeny)
      (b)   Citation  436 U.S. 658 (1978)
      (c)   Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)   Arises from substantially the same case or controversy as this appeal?   ☑Yes   ☐No
      (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name  Keith Edwards v. J. Grubbs
      (b)   Citation _____
      (c)   Docket Number if unreported  22-13261
      (d)   Court or Agency  Eleventh Circuit Court of Appeals

(4)   Will this appeal involve a conflict of law
      (a)   Within the Eleventh Circuit?   ☐Yes   ☑No
      (b)   Among circuits?   ☐Yes   ☑No

      If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      I. Whether the District Court erred in granting the City of Atlanta's renewed motion for judgment as a matter of law following the jury's verdict.

      II. Whether the District Court erred in denying Plaintiff's motion for attorney fees relative to Defendant Grubbs where Plaintiff was the prevailing party.

      III. Whether the District Court erred in denying Plaintiff's motion for relief from judgment relative to medical expenses pursuant to OCGA 42-5-2

---

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS Tenth         DAY OF May                      , 2023         .

Christopher Desmond
_____                    _____
NAME OF COUNSEL (Print)                                      SIGNATURE OF COUNSEL