# Case No. 23-11427

___

In the United States Court of Appeals
For the Eleventh Circuit

___

KEITH EDWARDS, AS GUARDIAN AND CONSERVATOR FOR
JERRY BLASINGAME,

*Plaintiff-Appellant,*

v.

OFFICER J. GRUBBS, #6416, CITY OF ATLANTA/ATLANTA POLICE DEPT.

*Defendants-Appellees,*


ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA – ATLANTA DIVISION
No. 1:19-cv-2047 (Honorable Steve C. Jones)

___

## SUGGESTION OF DEATH PURSUANT TO FRAP 43(a)(1)
___

On Thursday, September 7, 2023, Mr. Jerry Blasingame died as a result of complications from his permanent and serious injuries, namely quadriparesis. The Fulton County Medical Examiner took custody of Mr. Blasingame's body and based on information and belief have already conducted an autopsy. Pursuant to Fed.R.CivP. 25, Plaintiff will shortly file the appropriate motion with the court in order to substitute the proper party. Specifically, Keith Edwards, who is currently listed as guardian and conservator for Mr. Blasingame, will ultimately be substituted

as the administrator of Mr. Blasingame's estate when the appropriate paperwork is finalized in the Walker County Georgia Probate Court.

Respectfully submitted,

*/s/ Christopher P. Desmond*
Christopher P. Desmond (P71493)
Johnson Law, PLC
535 Griswold Street, Suite 2600
Detroit, MI 48226
Tel: (313) 321-8300
cdesmond@venjohnsonlaw.com
*Counsel for Plaintiff-Appellant*

Dated: October 5, 2023

# PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Now comes Plaintiff, Keith Edwards, as guardian and conservator for Jerry Blasingame, by and through his counsel, Johnson Law, PLC. Pursuant to Eleventh Circuit Rule 26.1-1, Plaintiff submits the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock and other identifiable legal entities related to a party:

-Atlanta Police Department

-City of Atlanta

-Dearing Jr., James E. (Counsel for Defendant-Appellee)

-Desmond, Christopher P. (Counsel for Plaintiff-Appellant)

-Eason, Kimberly Delk (Counsel for Defendant-Appellee)

-Edwards, Keith (Plaintiff-Appellant)

-Grubbs, Jon (Defendant-Appellee)

-Johnson, Vernon R. (Counsel for Plaintiff-Appellant)

-Jones, Steve C. (District Court Judge)

-Melton, Harold D. (Counsel for Defendant-Appellee)

-Miller, Stacy (Counsel for Defendant-Appellee)

-Peeler, Charles E. (Counsel for Defendant-Appellee)

-Tobin, Darren M. (Counsel for Plaintiff-Appellant)

-Waldbeser, Elizabeth P. (Counsel for Defendant-Appellee)

Pursuant to Fed. R. App. Proc. 26.1, Plaintiff-Appellant certifies that no publicly traded company or corporation has an interest in the outcome of the case or the appeal.

<u>/s/ Christopher P. Desmond</u><br>
Christopher P. Desmond (P71493)<br>
Johnson Law, PLC<br>
535 Griswold Street, Suite 2600<br>
Detroit, MI 48226<br>
Tel: (313) 321-8300<br>
cdesmond@venjohnsonlaw.com<br>
*Counsel for Plaintiff-Appellant*

Dated: October 5, 2023

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2023, I electronically filed the foregoing paper with the Clerk of the Court using ECF system which will send notification of such filing to all counsel of record in this matter.

<u>/s/ Christopher P. Desmond</u><br>
Christopher P. Desmond (P71493)<br>
Johnson Law, PLC<br>
535 Griswold Street, Suite 2600<br>
Detroit, MI 48226<br>
Tel: (313) 321-8300<br>
cdesmond@venjohnsonlaw.com<br>
*Counsel for Plaintiff-Appellant*