# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13261

_____

KEITH EDWARDS,
as Guardian and Conservator
for Jerry Blasingame,

                                            Plaintiff-Appellee,

*versus*

J. GRUBBS,

                                            Defendant-Appellant,

ATLANTA POLICE DEPT., et al.,

                                            Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02047-SCJ

_____

_____

No. 23-11427

_____

KEITH EDWARDS,
as Guardian and Conservator for
Jerry Blasingame,

                                                                                              Plaintiff-Appellant,

*versus*

OFFICER J. GRUBBS,
#6416,
THE CITY OF ATLANTA,

                                                                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02047-SCJ

_____

ORDER:

On October 5, 2023, attorney Christopher P. Desmond, on behalf of Keith Edwards as Guardian and Conservator for Jerry Blasingame, filed in each appeal a "Suggestion of Death Pursuant to FRAP 43(a)(1)" regarding Mr. Blasingame's death on September 7, 2023.

The Court hereby STAYS these appeals for ninety (90) days of the date of this Order so that attorney Desmond may file a motion for substitution of party pursuant to Fed. R App. P. 43. The Court hereby DIRECTS attorney Desmond to file monthly status reports, on the 15th day of each month, as to the probate proceedings regarding the appointment of an administrator of Blasingame's Estate by the Walker County Georgia Probate Court.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE