# Case No. 23-11427

_____

In the United States Court of Appeals
For the Eleventh Circuit

_____

KEITH EDWARDS, AS GUARDIAN AND CONSERVATOR FOR
JERRY BLASINGAME,

*Plaintiff-Appellant,*

v.

OFFICER J. GRUBBS, #6416, CITY OF ATLANTA/ATLANTA POLICE DEPT.

*Defendants-Appellees,*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA – ATLANTA DIVISION
No. 1:19-cv-2047 (Honorable Steve C. Jones)

_____

## PLAINTIFF-APPELLANT'S MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO FED. R. APP. P. 43(a)(1)

_____

Now Comes Plaintiff, Keith Edwards as Guardian and Conservator of Jerry Blasingame, by and through his counsel, Johnson Law, PLC, and in support of his motion for substitution of party pursuant to Fed. R. App. P. 43(a)(1) states as follows:

1. This cause of action arises out of the events of July 10, 2018, when Defendant Officer Jon Grubbs deployed his Taser on Jerry Blasingame, an unarmed, elderly man suspected of panhandling. Mr. Blasingame was positioned on the top of a hill when he was targeted by Grubbs. The

resulting fall caused catastrophic injuries to Mr. Blasingame, who fell head first downhill while unable to use his arms to protect himself, striking his head on a concrete platform and suffering quadriparesis.

2. Mr. Blasingame brought suit for Fourth Amendment violations as a result of these events against Officer Grubbs and his employer, the City of Atlanta, at which time Mr. Keith Edwards was appointed as his guardian and conservator.

3. The parties proceeded to trial in August of 2022, which resulted in a jury verdict in favor of Plaintiff in the amount of $100 million. The jury concluded that the City of Atlanta was liable for $60 million of Mr. Blasingame's damages and Officer Grubbs was liable for $40 million.

4. Following trial, the District Court granted a motion for judgment as a matter of law in favor of Atlanta. Plaintiff has appealed that ruling in Case No. 23-11427. The District Court denied a similar motion on behalf of Officer Grubbs, who has appealed in Case No. 22-13261.

5. On September 7, 2023, sadly, while the appeals in this matter were both pending in this Court, Mr. Blasingame passed away as a result of his injuries that gave rise to this action.

6. On October 5, 2023, the undersigned counsel filed a Suggestion of Death with this Court pursuant to Fed. R. App. P (43)(a)(1), which informed the

Court of the death of Jerry Blasingame on September 7, 2023. In response, this Court entered an order on October 19, 2023, which stated that the Court would hold this appeal in abeyance pending the appointment of a personal representative for the estate of Jerry Blasingame. The Court further ordered that Plaintiff's counsel provide this Court with an update on the 15th of each month regarding the status of that appointment.

7. On November 15, 2023, the Hon. Christy J. Anderson of the Walker County Probate Court issued the Letters of Administration that appoint Keith Edwards as the administrator of the estate of Jerry Blasingame, which Plaintiff is likewise submitting to this Court.

8. Pursuant to Fed. R. Civ. P. 43(a)(1),

   *After Notice of Appeal Is Filed*. If a party dies after a notice of appeal has been filed or while a proceeding is pending in the court of appeals, the decedent's personal representative may be substituted as a party on motion filed with the circuit clerk by the representative or by any party. A party's motion must be served on the representative in accordance with Rule 25. If the decedent has no representative, any party may suggest the death on the record, and the court of appeals may then direct appropriate proceedings.

9. Consistent with the above authority, Plaintiff respectfully requests that this Honorable Court grant this motion for substitution of party, which is being served on Keith Edwards pursuant to Rule 25. Mr. Edwards ably served as Mr. Blasingame's guardian and conservator prior to his passing, including during the trial at the heart of these appeals, and has now been

appointed as the administrator of Mr. Blasingame's estate by the Walker County Probate Court. He is thus the proper party to these appeals.

Respectfully submitted,

*/s/ Christopher P. Desmond*
Christopher P. Desmond (P71493)
Johnson Law, PLC
535 Griswold Street, Suite 2600
Detroit, MI 48226
Tel: (313) 321-8300
cdesmond@venjohnsonlaw.com
*Counsel for Plaintiff-Appellant*

Dated: November 27, 2023

# PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Now comes Plaintiff, Keith Edwards, as guardian and conservator for Jerry Blasingame, by and through his counsel, Johnson Law, PLC. Pursuant to Eleventh Circuit Rule 26.1-1, Plaintiff submits the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock and other identifiable legal entities related to a party:

-Atlanta Police Department

-Blasingame, Jerry (Plaintiff-Appellant)

-City of Atlanta

-Dearing Jr., James E. (Counsel for Defendant-Appellee)

-Desmond, Christopher P. (Counsel for Plaintiff-Appellant)

-Eason, Kimberly Delk (Counsel for Defendant-Appellee)

-Edwards, Keith (Plaintiff-Appellant)

-Grubbs, Jon (Defendant-Appellee)

-Johnson, Vernon R. (Counsel for Plaintiff-Appellant)

-Jones, Steve C. (District Court Judge)

-Melton, Harold D. (Counsel for Defendant-Appellee)

-Miller, Stacy (Counsel for Defendant-Appellee)

-Peeler, Charles E. (Counsel for Defendant-Appellant)

-Tobin, Darren M. (Counsel for Plaintiff-Appellant)

-Waldbeser, Elizabeth P. (Counsel for Defendant-Appellee)

Pursuant to Fed. R. App. Proc. 26.1, Plaintiff-Appellant certifies that no publicly traded company or corporation has an interest in the outcome of the case or the appeal.

*/s/ Christopher P. Desmond*
Christopher P. Desmond (P71493)
Johnson Law, PLC
535 Griswold Street, Suite 2600
Detroit, MI 48226
Tel: (313) 321-8300
cdesmond@venjohnsonlaw.com
*Counsel for Plaintiff-Appellant*

Dated: November 27, 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation provided in F.R.A.P. 32(a)(7)(B). The foregoing motion contains 1,044 words of Times New Roman (14 point) proportionate type.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2023, I electronically filed the foregoing paper with the Clerk of the Court using ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ *Christopher P. Desmond*
Christopher P. Desmond (P71493)
Johnson Law, PLC
535 Griswold Street, Suite 2600
Detroit, MI 48226
Tel: (313) 321-8300
cdesmond@venjohnsonlaw.com
*Counsel for Plaintiff-Appellant*

Dated: November 27, 2023

STATE OF GEORGIA

COUNTY OF WALKER

DOCKET NO: 19,030A

## LETTERS OF ADMINISTRATION

(County Administrator for Lawsuit Only)

**BY JUDGE PROBATE COURT OF [COUNTY] COUNTY**

**WHEREAS,** JERRY BLASINGAME died intestate (check one:)

    __CJA__ domiciled in this County;

    _____ not domiciled in this State but is alleged to be the County of venue for a cause of action against the decedent's estate.

and this Court granted an order appointing __Keith W. Edwards__, County Administrator, as Administrator of the estate of said decedent, on condition that said Administrator give oath as required by law; and the said Administrator having complied with said conditions; the Court hereby grants unto said administrator full power to do and perform the duties directly related to the acceptance of process and other duties directly related to the lawsuit according to the laws of this State, and without further duties, powers, or responsibilities for administration of the estate of the decedent.

**IN TESTIMONY WHEREOF,** I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 15th day of November, 20 23.

                                              Christy J. Anderson

                                              Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by: _[signature]_

                                              [Seal]

Clerk, Probate Court